UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21 CR 83-PPS/JPK |
| ) | |
| KATIE CROSS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Joshua P. Kolar relating to defendant Katie Cross' agreement to enter a plea of guilty to Count 1 of the information pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 2, 7.] Following a hearing on the record on July 30, 2021 [DE 7], Judge Kolar found that defendant understands the charge, her rights, and the maximum penalty; that defendant is competent to plead guilty; and that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into her agreement to enter a plea of guilty to Count 1 of the information charging her with possession with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Judge Kolar recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Kolar's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Katie Cross' plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 7] in their entirety.

Defendant Katie Cross is adjudged GUILTY of Count 1 of the information.

The sentencing hearing is SET for December 30, 2021 at 10:00 a.m. Hammond/Central time.

ENTERED: August 19, 2021.

       /s/   Philip P. Simon
       PHILIP P. SIMON, JUDGE
       UNITED STATES DISTRICT COURT